**DeMarco•Mitchell, PLLC**
Robert T. DeMarco
Michael S. Mitchell
12770 Coit Road, Suite 850
Dallas, TX 75251
T  972-991-5591
F  972-346-6791

## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHER DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| IN RE:<br><br>**One More Recovery LLC**<br>83-3966180<br>6842 Michael Talty Ave.<br>Terrell, TX 75160<br><br>Debtor. | Case No.:    24-30808<br>Chapter:      11 |

### DECLARATION OF TANA PATTERSON
### [11 U.S.C. § 1116]

I, **Tana Patterson**, hereby state that I am over eighteen (18) years of age, of sound mind, qualified and competent in all respects to make this Declaration, and do so of my own personal knowledge, and further state the following:

1.  I am the managing member of One More Recovery, LLC ("**Debtor**"). In this capacity, I am generally familiar with the day to day business operations, books and records, and business and financial affairs of the Debtor.

2.  In the normal course of business operations the Debtor does not prepare a "Cash Flow Statement", "Balance Sheet" or "Statements of Operations" (Profit & Loss).

**B.    Verification**

3.  In accordance with the provisions of 28 U.S.C § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 13, 2024

/s/ Tana Patterson
**Tana Patterson**