**Fill in this information to identify the case:**

Debtor name _____ One More Recovery LLC _____

United States Bankruptcy Court for the:

_____ Northern District of Texas _____

Case number (if known): _____ 24-30808 _____

☐ Check if this is an
amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___04/07/2024___          **X** /s/ Tana Patterson _____
         MM/ DD/ YYYY                   Signature of individual signing on behalf of debtor

                                        Tana Patterson _____
                                        Printed name

                                        Owner _____
                                        Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor Name  **One More Recovery LLC**

United States Bankruptcy Court for the:  **Northern**  District of  **Texas**

(State)

Case number (If known):  **24-30808**

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | **Current value of debtor's interest** |
| --- | --- |

2. **Cash on hand** _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | American National Bank of Texas | Checking account | 3 4 8 7 | $77.73 |
| 3.2. | American national Bnak of Texas | Checking account | 3 9 6 1 | $9,140.00 |

4. **Other cash equivalents** *(Identify all)*

   4.1 _____

   4.2 _____

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.  **$9,217.73**

| Part 2: | Deposits and prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | **Current value of debtor's interest** |
| --- | --- |

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1 _____

Debtor    **One More Recovery LLC**                                    Case number *(if known)*  **24-30808**
          Name

---

7.2 _____                    _____

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

      Description, including name of holder of prepayment

      8.1 _____                    _____

      8.2 _____                    _____

9.    **Total of Part 2**                                                    ┌─────────────┐
      Add lines 7 through 8. Copy the total to line 81.                       │ _____ │
                                                                             └─────────────┘

| Part 3: | Accounts receivable |
|---------|---------------------|

10.   **Does the debtor have any accounts receivable?**

      ☑ No. Go to Part 4.

      ☐ Yes. Fill in the information below.

                                                                           **Current value of
                                                                           debtor's interest**

11.   **Accounts receivable**

      11a. 90 days old or less:  _____  -  _____  =..... ➜         _____
                                 face amount     doubtful or uncollectible accounts

      11b. Over 90 days old:  _____  -  _____  =..... ➜         _____
                              face amount     doubtful or uncollectible accounts

12.   **Total of Part 3**                                                    ┌─────────────┐
      Current value on lines 11a + 11b = line 12. Copy the total to line 82. │ _____ │
                                                                             └─────────────┘

| Part 4: | Investments |
|---------|-------------|

13.   **Does the debtor own any investments?**

      ☑ No. Go to Part 5.

      ☐ Yes. Fill in the information below.

                                                          **Valuation method used   Current value of
                                                          for current value         debtor's interest**

14.   **Mutual funds or publicly traded stocks not included in Part 1**

      Name of fund or stock:

      14.1 _____         _____      _____

      14.2 _____         _____      _____

15.   **Non-publicly traded stock and interests in incorporated and unincorporated businesses,
      including any interest in an LLC, partnership, or joint venture**

      Name of entity:                                   % of
                                                        ownership:

      15.1. _____   _____      _____

      15.2. _____   _____      _____

---

| Debtor | One More Recovery LLC | Case number *(if known)* 24-30808 |
|---|---|---|
| | Name | |

**16.** **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1 _____     _____     _____

16.2 _____     _____     _____

**17.** **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.                    _____

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18.** **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.** **Raw materials** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **20.** **Work in progress** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **21.** **Finished goods, including goods held for resale** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **22.** **Other inventory or supplies** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |

**23.** **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.                    _____

**24.** **Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

**25.** **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____  Valuation method _____  Current value _____

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

Debtor    **One More Recovery LLC**                                          Case number *(if known)* **24-30808**
_____
Name

---

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |

33. **Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.                                                          _____

34. **Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____  Valuation method _____  Current value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 7:**     Office furniture, fixtures, and equipment: and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.

☐ Yes. Fill in the information below.

---

Debtor    **One More Recovery LLC**    Case number *(if known)* **24-30808**
_____
Name

| General description | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 | | | |
| 42.2 | | | |
| 42.3 | | | |

43. **Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 **2020 Ram Truck 4500 / VIN: 3C7WRKAL2LG167371 good** | unknown | | $83,650.00 |
| 47.2 **2021 Ram Truck 4500 / VIN: 3C7WRKAL3MG535722 good** | unknown | | $90,000.00 |
| 47.3 **2019 Ram Truck 4500 / VIN: 3C7WRKAL5KG672125** | unknown | | $49,999.00 |
| 47.4 **2020 Ram Truck 4500 / VIN: 3C7WRKAL0LG189627 Good** | unknown | | $85,149.00 |

Debtor    **One More Recovery LLC**    Case number *(if known)* **24-30808**
          Name

| | | |
|---|---|---|
| 47.5 **2022 Ram Truck 5500 / VIN: 3C7WRNAL5NG263953** | unknown | $121,900.00 |
| 47.6 **2022 Ram Truck 5500 / VIN: 3C7WRMAL9NG275162 Good** | unknown | $105,000.00 |
| 47.7 **2022 Ram Truck 4500 / VIN: 3C7WRLAL8NG187343 good** | unknown | $117,999.00 |
| 47.8 **2023 Ram Truck 5500 / VIN: 3C7WRNAL5PG593725 good** | unknown | $126,394.00 |
| 47.9 **2017 Ram Truck 4500 / VIN: 3C7WRKAL9HG655918 good** | unknown | $57,970.00 |
| 47.10 **2019 Chevrolet Silverado / VIN: 1HTKHPVK9KH885374** | unknown | $57,998.00 |
| 47.11 **2020 Ram Truck 4500 / VIN: 3C7WRLEL9LG289757** | unknown | $65,796.00 |
| 47.12 **2022 Ram Truck 5500 / VIN: 3C7WRNEL9NG274965 good** | unknown | $99,000.00 |

48. **Watercraft, trailers, motors, and related accessories** Examples:
    Boats, trailers, motors, floating homes, personal watercraft, and fishing
    vessels

    48.1 _____

    48.2 _____

49. **Aircraft and accessories**

    49.1 _____

    49.2 _____

50. **Other machinery, fixtures, and equipment (excluding farm
    machinery and equipment)**

| | | |
|---|---|---|
| **2023 Bobcat E50 T4 Mini Excavator / VIN: Serial Number B4GP17960** | unknown | $80,000.00 |
| **2022 Bobcat T770 Track Loader / VIN: Serial # AT6335166** | unknown | $90,000.00 |

51. **Total of Part 8**

    Add lines 47 through 50. Copy the total to line 87.

    | $1,230,855.00 |
    |---|

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

    ☑ No

    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

    ☐ No. Go to Part 10.

    ☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

Debtor   **One More Recovery LLC**
_____     Case number *(if known)* __24-30808__
Name

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 **Property ID: 53955 - 2.00 Acres and Shop Building / 6842 Michael Talty Ave. Terrell, TX 75160** | Fee Simple | unknown | | $559,000.00 |
| 55.2 **5.90 Acres Tract 10 Peter Bollinger Survey Abs. No 146, McLennan County, Texas / TBD Solitude (call 64 TR 10) Elm Mott, TX 76640** | Fee Simple | unknown | | $145,000.00 |
| 55.3 **5.10 Acres Tract 7 Peter Bollinger Survey Abs. No 146, McLennan County, Texas / TBD Solitude (Call 64 TR 7) Elm Mott, TX 76640** | Fee Simple | unknown | | $155,000.00 |

56. **Total of Part 9**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| | $859,000.00 |
|---|---|

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |

Debtor    **One More Recovery LLC**                              Case number *(if known)* **24-30808**
        Name

---

65. **Goodwill**

66. **Total of Part 10**

    Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

    ☑ No

    ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

    ☑ No

    ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

---

**Part 11:**    All other assets

---

70. **Does the debtor own any other assets that have not yet been reported on this form?**

    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No. Go to Part 12.

    ☑ Yes. Fill in the information below.

    **Current value of debtor's interest**

71. **Notes receivable**

    Description (include name of obligor)

    _____ − _____ = ➔ _____
    Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

    Description (for example, federal, state, local)

    _____ Tax year _____ _____

    _____ Tax year _____ _____

    _____ Tax year _____ _____

73. **Interests in insurance policies or annuities**

    _____ _____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

    _____ _____

    **Nature of claim** _____

    **Amount requested** _____

---

Debtor    **One More Recovery LLC**
_____
Name

Case number *(if known)* **24-30808**
_____

---

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____    _____

**Nature of claim**    _____

**Amount requested**    _____

76. **Trusts, equitable or future interests in property**

_____    _____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

**LPR Cameras - 24 Kits**    $360,000.00
_____

78. **Total of Part 11**

Add lines 71 through 77. Copy the total to line 90.    | $360,000.00 |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No
☐ Yes

---

| **Part 12:** | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $9,217.73 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | | |
| 83. **Investments.** *Copy line 17, Part 4.* | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $1,230,855.00 | |
| 88. **Real property.** *Copy line 56, Part 9*........................................ ➜ | | $859,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $360,000.00 | |
| 91. **Total.** *Add lines 80 through 90 for each column*..........................91a. | $1,600,072.73 | + 91b.   $859,000.00 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ............................................... | | $2,459,072.73 |

---

```
Fill in this information to identify the case:

Debtor name    One More Recovery LLC

United States Bankruptcy Court for the:    Northern    District of    Texas
                                                                    (State)

Case number (if known):    24-30808
```

☐ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

**Be as complete and accurate as possible.**

1.  **Do any creditors have claims secured by debtor's property?**

    ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

    ☑ Yes. Fill in all of the information below.

**Part 1:**     List Creditors Who Have Secured Claims

2.  **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1** | **Creditor's name**

Ally Financial

**Creditor's mailing address**

PO Box 8102

Cockeysville, MD 21030

**Creditor's email address, if known**

**Date debt was incurred**     6/30/2022

**Last 4 digits of account**   5  7  1  0
**number**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to a lien**

2019 Ram Truck 4500                                   $34,726.06          $49,999.00

**Describe the lien**

2019 RAM 4500

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Remarks:** 40 monthly payments left on note.

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**          $2,381,198.77

Official Form 206D          Schedule D: Creditors Who Have Claims Secured by Property          page 1 of 19

| Debtor | One More Recovery LLC | Case number (if known) | 24-30808 |
|---|---|---|---|
| | Name | | |

---

| **Part 1:** | Additional Page | Column A | Column B |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.2** **Creditor's name**

Ally Financial

| | Describe debtor's property that is subject to a lien | $59,945.82 | $65,796.00 |
|---|---|---|---|

2020 Ram Truck 4500

**Creditor's mailing address**

PO Box 8102

Cockeysville, MD 21030

**Describe the lien**

2020 RAM 4500

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**     10/7/2022

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number**     5  7  9  0

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Remarks:** 43 monthly payments left on note.

---

| Debtor | One More Recovery LLC | Case number (if known) | 24-30808 |
|---|---|---|---|
| | Name | | |

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**2.3** **Creditor's name**
American National Bank

**Describe debtor's property that is subject to a lien**
2022 Ram Truck 5500                                    $92,720.91          $99,000.00

**Creditor's mailing address**
PO Box 40

**Describe the lien**
2022 RAM 5500

Terrell, TX 75160

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Creditor's email address, if known**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Date debt was incurred**    9/26/2023

**Last 4 digits of account number**    0  1  5  3

**As of the petition filing date, the claim is:**
Check all that apply.

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
☐ Contingent
☐ Unliquidated
☐ Disputed

☐ No.  Specify each creditor, including this creditor, and its relative priority.

_____

_____

☐ Yes. The relative priority of creditors is specified on lines _____

**Remarks:** 55 monthly payments left on note.

| Debtor | One More Recovery LLC | | Case number (if known) | 24-30808 |
|---|---|---|---|---|
| | Name | | | |

| **Part 1:** | Additional Page | | Column A | Column B |
|---|---|---|---|---|
| | | | **Amount of claim** | **Value of collateral** |
| | | | Do not deduct the value | **that supports this** |
| | | | of collateral. | **claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.4** **Creditor's name**

Ascentium Capital

**Creditor's mailing address**

23970 Hwy. 59N

Kingwood, TX 77339

**Creditor's email address, if known**

**Date debt was incurred**   11/19/2020

**Last 4 digits of account number**   9  6  7  8

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Remarks:** 20 monthly payments left on note.

**Describe debtor's property that is subject to a lien**

2017 Ram Truck 4500         $23,992.60        $57,970.00

**Describe the lien**

2017 RAM 4500

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| Debtor | One More Recovery LLC | Case number (if known) | 24-30808 |
|---|---|---|---|
| | Name | | |

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.5** **Creditor's name**

Beacon Funding

**Describe debtor's property that is subject to a lien**

2022 Ram Truck 4500                    $161,147.06          $117,999.00

**Creditor's mailing address**

3400 Dundee Rd. Ste. 180

Northbrook, IL 60062

**Describe the lien**

2022 RAM4500

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**      9/29/2023

**Last 4 digits of account number**    6  8  0  1

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Remarks:** 67 monthly payments left in note

| Debtor | One More Recovery LLC | Case number (if known) | 24-30808 |
|---|---|---|---|
| | Name | | |

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|
| | | | **Amount of claim** | **Value of collateral that supports this claim** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A — **Amount of claim** Do not deduct the value of collateral.

Column B — **Value of collateral that supports this claim**

**2.6**

**Creditor's name**

Beverly Hartzendorf Bauer, Independent Executor of the Estate of Susan Holden, deceased

**Creditor's mailing address**

4045 Rochelle Dr.

Dallas, TX 75220

**Creditor's email address, if known**

**Date debt was incurred**        3/8/2023

**Last 4 digits of account number**        __ __ __ __

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

_____

_____

☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Property ID: 53955 - 2.00 Acres and Shop Building

**Describe the lien**

2, acres and shop building

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$431,772.16          $559,000.00

| Debtor | One More Recovery LLC | Case number (if known) | 24-30808 |
|---|---|---|---|
| | Name | | |

| **Part 1:** | Additional Page | | Column A | Column B |
|---|---|---|---|---|

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.7** Creditor's name

Digital Recognition Network, Inc.

**Creditor's mailing address**

4150 International Plaza Suite 800

Fort Worth, TX 76109

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

LPR Cameras - 24 Kits

**Describe the lien**

24 Kits- LPR Cameras

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$195,000.00     $360,000.00

**Remarks:** 1800000203
1800000371
18462500008
18462500087
18462500312
18462500355
18462500733
18462500787 18462500788 18462500789 1846250079018462500791
18462500888
18462501111 18462501112 18462501113 18462501114
18462501533 18462501534 18462501535 1846250153618462501537

| Debtor | One More Recovery LLC | Case number (if known) | 24-30808 |
|---|---|---|---|
| | Name | | |

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A* **Amount of claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**2.8**

**Creditor's name**
First Citizens Bank & Trust

**Creditor's mailing address**
PO Box 26592 MC DAC 20

Raleigh, NC 27611

**Creditor's email address, if known**

**Date debt was incurred**      2/25/2022

**Last 4 digits of account number**      7  0  0  0

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    _____
    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Remarks:** 48 monthly payments left on note.

**Describe debtor's property that is subject to a lien**
2020 Ram Truck 4500                    $74,007.36          $83,650.00

**Describe the lien**
2020 RAM 4500

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Debtor | One More Recovery LLC | Case number (if known) | 24-30808 |
|---|---|---|---|
| | Name | | |

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**2.9**

**Creditor's name**
First Citizens Bank & Trust

**Describe debtor's property that is subject to a lien**
2021 Ram Truck 4500                                    $123,334.12        $90,000.00

**Creditor's mailing address**
PO Box 26592 MC DAC 20

Raleigh, NC 27611

**Describe the lien**
2021 RAM 4500

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**        6/20/2022

**Last 4 digits of account number**        6   0   0   0

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

_____

_____

☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Remarks:** 52 monthly payments left on note.

| Debtor | One More Recovery LLC | Case number (if known) 24-30808 |
|---|---|---|
| | Name | |

---

| **Part 1:** | Additional Page | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.10** **Creditor's name**

First Citizens Bank & Trust

**Creditor's mailing address**

PO Box 26592 MC DAC 20

Raleigh, NC 27611

**Creditor's email address, if known**

**Date debt was incurred**     6/26/2023

**Last 4 digits of account**   5  0  0  0
**number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Remarks:** 64 monthly payments left on note

**Describe debtor's property that is subject to a lien**

2022 Ram Truck 5500      $146,663.04      $121,900.00

**Describe the lien**

2022 RAM 5500

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

Official Form 206D     Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**     page _10_ of _19_

| Debtor | One More Recovery LLC | Case number (if known) | 24-30808 |
|---|---|---|---|
| | Name | | |

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|
| | Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.11 Creditor's name**

GMAC

**Describe debtor's property that is subject to a lien**

2019 Chevrolet Silverado                                    $35,329.55              $57,998.00

**Creditor's mailing address**

PO Box 8102

Cockeysville, MD 21030

**Describe the lien**

2019 Chevrolet Silverado

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**        6/19/2021

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number**     4  9  2  8

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Remarks:** 40 monthly payments left on note.

| Debtor | One More Recovery LLC | Case number (if known) 24-30808 |
|---|---|---|
| | Name | |

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

**Part 1:** Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
**Amount of claim**
Do not deduct the value of collateral.

**Column B**
**Value of collateral that supports this claim**

**2.12** Creditor's name

Pawnee Leasing Corporation

**Creditor's mailing address**

3801 Automation Way Suite 207

Fort Collins, CO 80525

**Creditor's email address, if known**

**Date debt was incurred**    6/26/2023

**Last 4 digits of account number**    5 1 5 1

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Remarks:** 50 monthly payments left on note.

**Describe debtor's property that is subject to a lien**

2020 Ram Truck 4500          $121,359.00          $85,149.00

**Describe the lien**

2020 RAM 4500

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| Debtor | One More Recovery LLC | Case number (if known) | 24-30808 |
|---|---|---|---|
| | Name | | |

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**2.13**

**Creditor's name**

Regions Bank

**Creditor's mailing address**

23970 US Hwy 59N

Kingwood, TX 77339

**Creditor's email address, if known**

**Date debt was incurred**      11/2/2023

**Last 4 digits of account number**      0  7  4  0

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Remarks:** 68 monthly payments left on note.

**Describe debtor's property that is subject to a lien**

2023 Ram Truck 5500      $169,789.88      $126,394.00

**Describe the lien**

2023 RAM 5500

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| Debtor | One More Recovery LLC | Case number (if known) | 24-30808 |
|---|---|---|---|
| | Name | | |

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.14**

**Creditor's name**
Santander Bank NA

**Creditor's mailing address**
3 Huntington Quad Suite 101N

Melville, NY 11747

**Creditor's email address, if known**

**Date debt was incurred**   7/11/2023

**Last 4 digits of account number**   5 0 0 0

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

_____

_____

☐ Yes. The relative priority of creditors is specified on lines _____

**Remarks:** 65 monthly payments left on note

**Describe debtor's property that is subject to a lien**
2022 Ram Truck 5500                              $119,145.00          $105,000.00

**Describe the lien**
2022 RAM 5500

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Debtor | One More Recovery LLC | Case number (if known) | 24-30808 |
|---|---|---|---|
| | Name | | |

---

| **Part 1:** | Additional Page | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |
|---|---|---|---|

**2.15** **Creditor's name**

Wells Fargo Vender Fin Svcs, Inc.

**Creditor's mailing address**

5000 Riverside Drive Suite 300 East

Irving, TX 75039

**Creditor's email address, if known**

**Date debt was incurred**   6/28/2023

**Last 4 digits of account number**   5  0  0  1

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  _____

  _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Remarks:** 53 monthly payments left on note.

**Describe debtor's property that is subject to a lien**

2023 Bobcat E50 T4 Mini Excavator

**Describe the lien**

2023 Bobcat E50 T4 Mini Excavator

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$78,190.85       $80,000.00

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 15 of 19

| Debtor | One More Recovery LLC | Case number (if known) | 24-30808 |
|---|---|---|---|
| | Name | | |

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**2.16 Creditor's name**

Wells Fargo Vender Fin Svcs, Inc.

**Creditor's mailing address**

5000 Riverside Drive Suite 300 East

Irving, TX 75039

**Creditor's email address, if known**

**Date debt was incurred**      9/1/2022

**Last 4 digits of account number**      5  0  0  0

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

      _____

      _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Remarks:** 42 monthly payments left on note.

**Describe debtor's property that is subject to a lien**

2022 Bobcat T770 Track Loader      $87,478.77      $90,000.00

**Describe the lien**

2022 Bobcat T770 Track Loader

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| Debtor | One More Recovery LLC | Case number (if known) | 24-30808 |
|---|---|---|---|
| | Name | | |

---

| **Part 1:** | Additional Page | | Column A | Column B |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|---|

**2.17** **Creditor's name**

Windsor Chase, LLC

**Creditor's mailing address**

5809 Acacia Circle

El Paso, TX 79912

**Creditor's email address, if known**

**Date debt was incurred**     8/21/2023

**Last 4 digits of account number**     1   0

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

     _____

     _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

5.90 Acres Tract 10 Peter Bollinger Survey Abs. No 146, McLennan County, Texas

**Describe the lien**

5.90 Acres Tract 10 Peter Bollinger Survey Abs. No 146, McLennan County, Texas

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$139,007.11     $145,000.00

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**

| Debtor | One More Recovery LLC | Case number (if known) 24-30808 |
|---|---|---|
| | Name | |

| Part 1: | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.18** **Creditor's name**

Windsor Chase, LLC

**Creditor's mailing address**

5809 Acacia Circle

El Paso, TX 79912

**Creditor's email address, if known**

**Date debt was incurred**        6/9/2023

**Last 4 digits of account number**        7

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Describe the lien**

5.90 Acres Tract 10 Peter Bollinger Survey Abs. No 146, McLennan County, Texas

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$143,794.74        unknown

| Debtor | One More Recovery LLC | Case number (if known) 24-30808 |
|---|---|---|
| | Name | |

| Part 1: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
**Amount of claim**
Do not deduct the value of collateral.

**Column B**
**Value of collateral that supports this claim**

**2.19 Creditor's name**

Windsor Chase, LLC

**Creditor's mailing address**

5809 Acacia Circle

El Paso, TX 79912

**Creditor's email address, if known**

**Date debt was incurred**    6/9/2023

**Last 4 digits of account number**    7

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

　☐ No.  Specify each creditor, including this creditor, and its relative priority.

　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

5.10 Acres Tract 7 Peter Bollinger Survey Abs. No 146, McLennan County, Texas

**Describe the lien**

5.10 Acres Tract 7 Peter Bollinger Survey Abs. No 146, McLennan County, Texas

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$143,794.74            $155,000.00

| Fill in this information to identify the case: |
|---|
| Debtor name _____ One More Recovery LLC _____ |
| United States Bankruptcy Court for the: |
| _____ Northern District of Texas _____ |
| Case number (if known): _____ 24-30808 _____ |

☐ Check if this is an
amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims          **12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on** *Schedule A/B: Assets - Real and Personal Property* **(Official Form 206A/B) and on** *Schedule G: Executory Contracts and Unexpired Leases* **(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)
   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | _____ | _____ |
|  | _____ | ☐ Contingent |  |  |
|  | _____ | ☐ Unliquidated |  |  |
|  | _____ | ☐ Disputed |  |  |
|  | **Date or dates debt was incurred** | **Basis for the claim:** |  |  |
|  | _____ | _____ |  |  |
|  | **Last 4 digits of account number** __ __ __ __ | **Is the claim subject to offset?** ☐ No  ☐ Yes |  |  |
|  | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ___ |  |  |  |
| **2.2** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | _____ | _____ |
|  | _____ | ☐ Contingent |  |  |
|  | _____ | ☐ Unliquidated |  |  |
|  | _____ | ☐ Disputed |  |  |
|  | **Date or dates debt was incurred** | **Basis for the claim:** |  |  |
|  | _____ | _____ |  |  |
|  | **Last 4 digits of account number** __ __ __ __ | **Is the claim subject to offset?** ☐ No  ☐ Yes |  |  |
|  | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ___ |  |  |  |

| Debtor | **One More Recovery LLC** | Case number *(if known)* | **24-30808** |
|---|---|---|---|
| | Name | | |

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**3.** **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

**3.1** **Nonpriority creditor's name and mailing address**

Bryon Aromaye

Unknown

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Litigation - pro se

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: **unknown**

Date or dates debt was incurred _____

Last 4 digits of account number \_\_\_ \_\_\_ \_\_\_ \_\_\_

---

**3.2** **Nonpriority creditor's name and mailing address**

Capital One

PO Box 30285

Salt Lake City, UT 84130-0287

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** credit card

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: **$5,000.00**

Date or dates debt was incurred   3/18/2024

Last 4 digits of account number   4  7  9  6

---

**3.3** **Nonpriority creditor's name and mailing address**

Channel Partners

c/o Ivsn Alvarez

10900 Wayzata Blvd Ste 300

Minnetonka, MN 55305

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** merchant cash advance

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: **unknown**

Date or dates debt was incurred _____

Last 4 digits of account number \_\_\_ \_\_\_ \_\_\_ \_\_\_

---

**3.4** **Nonpriority creditor's name and mailing address**

Chase

PO Box 15298

Wilmington, DE 19850-5298

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** credit card

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: **$80,000.00**

Date or dates debt was incurred   3/18/2024

Last 4 digits of account number   3  6  0  1

---

| Debtor | **One More Recovery LLC** | Case number *(if known)* | **24-30808** |
|---|---|---|---|
| | Name | | |

<div style="background:black;color:white">**Part 2:** Additional Page</div>

**3.5** Nonpriority creditor's name and mailing address

**FORA Financial**

**c/o Joseph Kaytes**

**1385 Broadway, 15th Fl**

**New York, NY 10018**

Date or dates debt was incurred _____

Last 4 digits of account number    **2   6   4   8**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **merchant cash advance**

Is the claim subject to offset?
☑ No
☐ Yes

**$116,740.40**

---

**3.6** Nonpriority creditor's name and mailing address

**Greenlight Premium Finance Co.**

**PO Box 66501**

**Saint Louis, MO 63166-6501**

Date or dates debt was incurred _____

Last 4 digits of account number    **7   2   6   1**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **liability Insurance loan balance**

Is the claim subject to offset?
☑ No
☐ Yes

**$191,571.00**

---

**3.7** Nonpriority creditor's name and mailing address

**Lakera Anderson**

**6842 Michael Talty Ave**

**Terrell, TX 75160**

Date or dates debt was incurred _____

Last 4 digits of account number    __ __ __ __

Remarks: Litigation

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**unknown**

---

**3.8** Nonpriority creditor's name and mailing address

**Velocity Capital Group**

**c/o Shauna Nortman**

**333 Pearsall Ave.**

**Cedarhurst, NY 11516**

Date or dates debt was incurred _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **merchant cash advance**

Is the claim subject to offset?
☑ No
☐ Yes

**$137,131.00**

| Debtor | **One More Recovery LLC** | Case number *(if known)* | **24-30808** |
|---|---|---|---|
| | Name | | |

<div style="background:black;color:white">**Part 4:**</div> Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.**    **Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | **$0.00** |
| 5b. | **Total claims from Part 2** | 5b. **+** | **$530,442.40** |
| 5c. | **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | **$530,442.40** |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td>One More Recovery LLC</td></tr>
<tr><td colspan="2">United States Bankruptcy Court for the:<br>Northern District of Texas</td></tr>
<tr><td>Case number (if known):</td><td>24-30808      Chapter   11</td></tr>
</table>

☐ Check if this is an amended filing

# Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. Does the debtor have any executory contracts or unexpired leases?

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Repossession Services Agreement | Big Time Recovery |
| | | | 9282 Knox Bridge |
| | State the term remaining | 0 months | Canton, GA 30114 |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Repossession Services Agreement | Grand Expectations, LLC |
| | | | 5706 E Mockingbird Lane #115 |
| | State the term remaining | 0 months | Dallas, TX 75206 |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | Repossession Services Agreement | LOSS PREVENTION SERVICES, LLC, |
| | | | P.O. Box 18483 |
| | State the term remaining | 0 months | Natchez, MS 39122 |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | Repossession Services Agreement | MVConnect |
| | | | 260 E. Helen Rd |
| | State the term remaining | 0 months | Palatine, IL 60067 |
| | List the contract number of any government contract | | |

| Debtor | One More Recovery LLC | Case number *(if known)* | 24-30808 |
|---|---|---|---|
| | Name | | |

### Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.5**

State what the contract or lease is for and the nature of the debtor's interest: Repossession Services Agreement

State the term remaining: 0 months

List the contract number of any government contract:

PAR, Inc.
7835 Woodland Drive, Suite 150
Indianapolis, IN 46278

**2.6**

State what the contract or lease is for and the nature of the debtor's interest: Repossession Services Agreement

State the term remaining: 0 months

List the contract number of any government contract:

PATRICK K. WILLIS COMPANY, INC.
5118 Robert J Mathews Pkwy
El Dorado Hills, CA 95762

**2.7**

State what the contract or lease is for and the nature of the debtor's interest: Repossession Services Agreement

State the term remaining: 0 months

List the contract number of any government contract:

Primeritus Financial Services, Inc.
435 Metroplex Drive
Nashville, TN 37211

**2.8**

State what the contract or lease is for and the nature of the debtor's interest: Repossession Services Agreement

State the term remaining: 0 months

List the contract number of any government contract:

Profound Recovery Solutions, Inc.
11618 Fair Oaks Blvd.
Fair Oaks, CA 95628

**2.9**

State what the contract or lease is for and the nature of the debtor's interest: Repossession Services Agreement

State the term remaining: 0 months

List the contract number of any government contract:

Resolution Management Group, LLC
5601 Corporate Way, 117
34407

**2.10**

State what the contract or lease is for and the nature of the debtor's interest: Repossession Services Agreement

State the term remaining: 0 months

List the contract number of any government contract:

Resolvion, LLC
1150 Lake Hearn Drive, Suite 640
Atlanta, GA 30342

| Debtor | One More Recovery LLC | Case number *(if known)* | 24-30808 |
|---|---|---|---|
| | Name | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.11 | **State what the contract or lease is for and the nature of the debtor's interest** | Repossession Services Agreement | Secure Collateral Management, LLC |
|---|---|---|---|
| | | | 9330 Lyndon B Johnson Fwy, 700 |
| | **State the term remaining** | 0 months | Dallas, TX 75243 |
| | **List the contract number of any government contract** | | |

Fill in this information to identify the case:

Debtor name        **One More Recovery LLC**

United States Bankruptcy Court for the:    **Northern**    District of    **Texas**
(State)

Case number (If known):    **24-30808**

☐ Check if this is an
amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

| 1. | **Does the debtor have any codebtors?** |
|---|---|
| | ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form. |
| | ☑ Yes |

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1  Tana & Rich Paterson | 615 Haines Road<br>Street<br><br>Combine, TX 75159<br>City          State          ZIP Code | Windsor Chase, LLC<br><br><br>Windsor Chase, LLC | ☑ D<br>☐ E/F<br>☐ G<br>☑ D<br>☐ E/F<br>☐ G |
| 2.2 _____ | _____<br>Street<br><br>_____<br>City          State          ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 _____ | _____<br>Street<br><br>_____<br>City          State          ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 _____ | _____<br>Street<br><br>_____<br>City          State          ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

| Debtor | **One More Recovery LLC** | Case number (if known) **24-30808** |
|---|---|---|
| | Name | |

| | Additional Page if Debtor Has More Codebtors |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.5 | _____ | Street _____ <br> _____ <br><br> City        State        ZIP Code | _____ | ❏ D <br> ❏ E/F <br> ❏ G |
| 2.6 | _____ | Street _____ <br> _____ <br><br> City        State        ZIP Code | _____ | ❏ D <br> ❏ E/F <br> ❏ G |

Official Form 206H                    **Schedule H: Codebtors**

Fill in this information to identify the case:

Debtor name _____ One More Recovery LLC _____

United States Bankruptcy Court for the:
_____ Northern District of Texas _____

Case number (if known): _____ 24-30808 _____    Chapter ___ 11 ___

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals    12/15

### Part 1:  Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. **Real Property:**
    Copy line 88 from *Schedule A/B*..................................................................................    $859,000.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*..............................................................................    $1,600,072.73

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*................................................................................    $2,459,072.73

### Part 2:  Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................    $2,381,198.77

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*......................................................    $0.00

    3b. **Total amount of claims of non-priority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*....................................    +    $530,442.40

4. **Total liabilities**.......................................................................................................................................    $2,911,641.17
    Lines 2 + 3a + 3b